# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUILLE GORDON,<br>        Petitioner,<br>    v.<br>WARREN L. MONTGOMERY,<br>Warden,<br>        Respondent. | NO. CV 22-4353 JLS (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, the Motion to Dismiss filed by Respondent, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). No Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Petitioner's request for a *Rhines* stay is DENIED (Dkt. No. 15); (2) Respondent's Motion to Dismiss is DENIED (Dkt. No. 11); and (3) Respondent is directed to file an Answer addressing the exhausted claims in the Petition within 60 days. Petitioner will have 30 days from service of the Answer to file a Reply.

DATED: March 30, 2023

                                                  JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE