JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAQUILLE GORDON, | ) | NO. CV 22-04353 JLS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARREN L. MONTOGMERY, | ) | |
| Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 19, 2024

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE